IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
YUE LIU,                         )
                                 )
              Plaintiff,         )
                                 )
    v.                           )     No.  07 C 170
                                 )
MICHAEL CHERTOFF, Secretary,     )
et al.,                          )
                                 )
              Defendants.        )
```

## MEMORANDUM ORDER

In this action, one of the many that have challenged the major roadblock in naturalization proceedings occasioned by the FBI's delays (frequently multi-year delays) in processing its limited portion of the process, the named federal defendants have filed their Answer to the pro se Complaint brought by Yue Liu ("Liu"). In part the Answer raises a subject matter jurisdictional defense (citing to that end the very recent opinion in Walji v. Gonzales, No. 06-20937, 2007 WL 1747911 (5th Cir. June 19)), a subject that this Court expects to discuss at the previously scheduled June 28, 2007 status hearing.

This memorandum order is triggered, however, by a problematic aspect of defendants' substantive response to Liu's Complaint. Although Answer ¶¶2, 10 and 11 are faithful to the requirement of the second sentence of Fed. R. Civ. P. 8(b) as to the disclaimer required to get the benefit of a deemed denial of a plaintiff's allegation, those paragraphs then go on to say "and as such it is therefore denied." That assertion is of course

oxymoronic, because it is obviously inconsistent with a defendant's statement that he, she or it lacks even a belief as to the truth of the corresponding allegation by the plaintiff. Accordingly the quoted language is stricken from each of those three paragraphs.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: June 26, 2007